```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

LOUIS JOSEPH                         )
                                     )
        Plaintiff,                   )
                                     )
     v.                              )    Civil No. 3:05-0271
                                     )    Judge Echols
JAMES EMMONS, ALLIED VAN             )
LINES, INC., TRANSGUARD              )
INSURANCE COMPANY OF AMERICA,        )
INC. AND J.J. CARTER & SONS          )
OF NASHVILLE, INC., FORMERLY         )
KNOWN AS JOHN CARTER MOVING          )
OF TENNESSEE, INC., D/B/A            )
JOHN CARTER'S WORLDWIDE              )
MOVING,                              )
                                     )
        Defendants.                  )

## ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, the Court hereby rules as follows:

(1) The Motion for Summary Judgment filed by Defendant James Emmons (Docket Entry No. 57) is hereby GRANTED;

(2) The Motion for Summary Judgment filed by Defendants Allied Van Lines, Inc., Transguard Insurance Company of America, Inc., and J.J. Carter and Sons of Nashville, Inc., formerly known as John Carter Moving of Tennessee, Inc., d/b/a John Carter's Worldwide Moving (Docket Entry No. 53) is hereby GRANTED;

(3) Defendants' motions requesting a hearing on their Motions for Summary Judgment (Docket Entry Nos. 73 and 80) are hereby DENIED; and

(4) This case is hereby DISMISSED.

Entry of this Order on the docket shall constitute entry of a final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE